FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DART ENTITIES, INC.; DART LLC; R-B CORPORATION; DART ENTERPRISES, INCORPORATED; INTEGRATED DISTRIBUTION SYSTEMS; DART INTERNATIONAL; DEDEAUX ENTERPRISES, LLC; DART WAREHOUSE CORPORATION; DART EQUIPMENT CORPORATION; DART HOLDINGS, LLC; DEDEAUX INLAND EMPIRE PROPERTIES, LTD.; DEDEAUX PROPERTIES, LLC.; RADEX CORPORATION; THE RAOUL DEDEAUX FAMILY TRUST; ANTHONY DEDEAUX; TRAVIS DEDEAUX and TRAVIS DEDEAUX D/B/A DEDEAUX PROPERTIES, <br><br> Defendant. | Case No. 2:12-cv-03536 ABC (JEMx) <br><br> ASSIGNED FOR ALL PURPOSES TO THE HON. AUDREY B. COLLINS <br><br> **PROTECTIVE ORDER** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

PROTECTIVE ORDER

1  <u>ORDER</u>

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated:    Oct. 10, 2012

*John E. McDermott*

~~HON. AUDREY B. COLLINS~~
~~UNITED STATES DISTRICT COURT JUDGE~~

JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

PROTECTIVE ORDER                    2.